Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Gregory Andrew Carter**,<br><br>Defendant. | Docket No. 0:01CR00294-001 |

On December 9, 2005, the above defendant was placed on supervision for a period of 4 years supervised release. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this 8 day of May, 2008.

s/ Richard H. Kyle

Honorable Richard H. Kyle
Senior U.S. District Judge

c: Mark A. Mills, Senior U.S. Probation Officer